UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TOTAL SPORT RESOURCES, LLC and
FOREIGN RESOURCES CORPORATION,

Plaintiff,

-v-

HARTWELL INDUSTRIES, INC.,

Defendant.

---

Case No. 08 CIV 5865 (MGC)

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

_plaintiffs_ (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

Date: June 25, 2008

Signature of Attorney

Attorney Bar Code: AG-4246

Form Rule7_1.pdf  SDNY Web 10/2007