AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | New York |

TOTAL SPORTS RESOURCES, LLC and
FOREIGN RESOURCES CORPORATION,

v.

HARTWELL INDUSTRIES, INC.

**APPEARANCE**

Case Number: 08cv5865 (MGC)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Hartwell Industries, Inc.
97 Winfield Circle
Hartwell, GA 30643

I certify that I am admitted to practice in this court.

July 17, 2008
Date


Signature

Hillary Richard                                    (HR 6941)
Print Name                                         Bar Number

Brune & Richard LLP, 80 Broad Street
Address

New York          NY           10004
City              State        Zip Code

(212) 668-1900              (212) 668-0315
Phone Number                Fax Number

Email: hrichard@bruneandrichard.com