AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

__Southern__ DISTRICT OF __New York__

TOTAL SPORTS RESOURCES, LLC and
FOREIGN RESOURCES CORPORATION,

v.

HARTWELL INDUSTRIES, INC.

**APPEARANCE**

Case Number: 08cv5865 (MGC)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Hartwell Industries, Inc.
97 Winfield Circle
Hartwell, GA 30643

I certify that I am admitted to practice in this court.

July 17, 2008
Date

_Claire Coleman_
Signature

Claire Coleman                                  (CC 2552)
Print Name                                     Bar Number

Brune & Richard LLP, 80 Broad Street
Address

New York            NY            10004
City                State         Zip Code

(212) 668-1900        (212) 668-0315
Phone Number          Fax Number

Email: ccoleman@bruneandrichard.com