**ESSENTIAL SERVICES GROUP**
555 Eighth Avenue, Suite 1901
New York, NY 10018
Tel. # (212) 760-2300

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TOTAL SPORTS RESOURCES, LLC. ET ANNO.

VS.     INDEX# 08CIV 5865

HARTWELL INDUSTRIES, INC.

State of Georgia, County of Oglethorpe ss:

I, Jennifer Presley (name of server) being duly sworn deposes and says that deponent is over the age of eighteen years: is not a party to this action and whose address is 737 Arnoldsville Rd., Winterville Ga 30683 (server's address).

That on the 7th day of July, 2008 at 11:50 A.M. (time of service)

Deponent served the annexed **SUMMONS IN A CIVIL ACTION; COMPLAINT; ELECTRONIC CASE FILING RULES & INSTRUCTIONS; INDIVIDUAL PRACTICES OF JUDGE MIRIAM GOLDMAN SEDARBAUM; INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE MICHAEL H. DOLINGER.**

at 97 Winfield Circle, Hartwell, Ga 30643
upon HARTWELL INDUSTRIES by delivering thereat a true copy to:

(✓) officer: Robert Davies as
CFO + Secretary (position)

( ) authorized agent _____ as
_____ (position)

( ) corporate counsel _____ as
_____ (position)

( ) other _____ as
_____ (position)

; a person of suitable age and discretion who was willing and authorized to accept on behalf of HARTWELL INDUSTRIES.

39/PS7-8

The said premises is the location where the servee accepts service of process.

Deponent describes the individual who accepted service as follows:

age: ~45   sex: m   skin color: white   approx. height: ~5'10"

approx. weight: ~250 lbs.,   hair color: brown

_Jennifer Presley_
SERVER

PS 7-08-8.
SWORN TO BEFORE ME THIS
7th DAY OF July

_Cathy_
NOTARY   exp 2/18/12

[Notary seal: CATHY WILLIAMS CRAWFORD, NOTARY PUBLIC, OCONEE COUNTY, GA]