UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF NEW YORK

TOTAL SPORTS RESOURCES, LLC
and FOREIGN RESOURCES CORPORATION,

               Plaintiffs,

       v.

HARTWELL INDUSTRIES, INC.,

              Defendant.

No. 08 CV 5865 (MGC)

ECF

DECLARATION OF
ROBERT DAVIES

I, Robert Davies, being first duly sworn according to law, depose and states that:

1.      I am the Chief Financial Officer at Hartwell Industries ("Hartwell"). I submit this affidavit in support of Hartwell Industries' Motion to Dismiss the Complaint of Total Sports Resources ("TSR") and Foreign Resources Corporation ("FRC," collectively, the "plaintiffs.").

2.      Hartwell Industries began working with plaintiffs in 2005, when Hartwell sought to introduce a new line of athletic wear to freshen up its image in the athletic market.

3.      Our business relationship with plaintiffs consists of plaintiffs serving as Hartwell's broker, working with factories overseas to provide athletic wear products. Hartwell Industries pays plaintiffs a Commission for its services, and then Hartwell resells the products, either as a blank good or after decorating the product.

4.      Plaintiffs and Hartwell entered into the Exclusive Distributor Agreement ("Distributor Agreement") in December, 2005. The Distributor Agreement was drafted by Hartwell's attorneys at Thielen, Reid, Brown, Raysman & Steiner LLP. We negotiated certain terms of this contract with plaintiffs prior to obtaining their agreement. Plaintiffs never objected to the inclusion of the forum selection clause.

5.    Hartwell always considered this Agreement as between Hartwell and TSR, which is a division of FRC. This is reflected at the beginning of the agreement, which states:

> This Exclusive Distributor Agreement ("Agreement") is entered into as of 12-11-05 (the "Effective Date") by and between **Hartwell Industries**, inc., a Delaware corporation, located at 97 Winfield Circle, Hartwell Georgia 30643 ("Hartwell"), and **Total Sports Resources,** a division of **Foreign Resources Corporation**, a corporation with offices located at 500 7th Ave. 5th floor New York, NY 10019 (the "Company")

6.    While I participated in the negotiations of the terms of the Distributor Agreement, my colleague, Jody Tanner signed it. It was also signed by Jason Kra, the owner of both TSR and FRC. A true and accurate copy of an online biography of Jason Kra – noting he is the President and Owner of Total Sports Resources and Foreign Resources Corporation – is attached hereto as Exhibit A.

7.    I have always understood TSR and FRC to be essentially the same entity, doing the same business. Letters we have received as to issues pertaining to both TSR and FRC are signed using the letterhead of TSR. An example of one such letter is attached as Exhibit E to the Affidavit of Jerry Chichelo.

8.    To my knowledge, the Distributor Agreement fully incorporates the contractual relationship between Hartwell and plaintiffs as previously defined in the Buying Agency Agreement. Both Agreements appoint plaintiffs as the buying agent for Hartwell's products and both provide that plaintiffs shall get an 8% commission on such product deliveries.

9.    Plaintiffs' argument that the Buying Agency Agreement covered all products on a worldwide basis, whereas the Distributor Agreement only covered athletic apparel in the United States is misleading. Hartwell never used plaintiffs as a buying agent or distributor for any products other than athletic wear, so any attempt to distinguish athletic apparel and outerwear is futile.

2

10.     Also, while the Distributor Agreement provided that plaintiffs would be the exclusive distributor of Hartwell's athletic apparel in the United States, we included this provision in the contract in order to prevent plaintiffs from selling similar or identical product into our marketplace. This provision has no impact on where plaintiffs could buy the products for Hartwell. Hartwell was always able buy the athletic products in factories "worldwide," which is consistent with both agreements.

11.     To my knowledge, for as long as the Distributor Agreement has been in effect, there has been no business conducted between Hartwell and plaintiffs that is not contemplated by the Distributor Agreement.

12.     With respect to plaintiffs' claims in this lawsuit, contrary to the statements in the Jerry Chichelo's affidavit, Hartwell does in fact dispute plaintiffs' claims.

13.     Since we contracted with plaintiffs as a buying agent, we have had many problems with the quality of the product they have provided. Plaintiffs frequently delivered to us garments in the wrong size and color, and sometimes with fabric that did not meet quality specifications. The problems with the quality and sizing of the garments we received have been memorialized in Quality/Count Audit Reports. A true and accurate copy of several example Quality/Count Audit Reports are attached as Exhibit B.

14.     As a result of the problems, Hartwell had to return products to plaintiffs and had to conduct an independent inspection in New Jersey before the products were delivered to Hartwell. True and accurate copies of emails from plaintiffs acknowledging these problems and setting forth new quality control protocols are attached as Exhibit C.

15.     During 2007, the quality problems continued, as did the delays in receiving shipments. In addition, we received fabric that did not conform to specifications and had

improper color variations. Because these problems caused harm to Hartwell and its ability to maintain business relationships with its customers, Hartwell withheld payment of commission invoices issued by plaintiffs. Plaintiffs are not entitled to receive commissions or fees for delivering defective products or products that did not conform to the specifications in the purchase orders.

16.     Hartwell canceled purchase orders after receiving defective fabric samples from plaintiffs. Hartwell maintains that it does not owe plaintiffs for any repurchased fabric Hartwell did not specifically order or for damaged fabric.

17.     While Hartwell has attempted to settle a certain portion of these claims with plaintiffs, Hartwell has not conceded liability on any of the breach of contract claims as described in the Complaint.

18.     Additionally, even if we did owe them for the commissions and cancelled purchase orders they claim to be owed, plaintiffs' calculations for liability and commissions owed are incorrect. For example, in Count I (and as restated in Count III), plaintiffs claim that Hartwell owes for unpaid Commission Invoices from 2007 totaling $79,831. But Hartwell's records show that the maximum amount of commissions withheld only totaled $68,777. A true and accurate copy of an accounts payable report reflecting this is attached hereto as Exhibit D.

4

337971

I declare under penalty and perjury under the laws of the United States of America that the forgoing is true and correct.

Dated: August 18, 2008
        Hartwell, Georgia

                                       ROB DAVIES

Sworn to before me this

_____18_____ day of ___August_____, 2008.

Notary Public

_____Luisa D. Buradisco_____

My commission Expires : 12-15-2010

5

337971

# EXHIBIT A

Jason Kra - Owner - Total Sports Resources

Councils | Solutions | Platform | About Us | Careers | Contact Us          Client Login | Council Member Login

[Search]

| Accounting & Financial Analysis | Consumer Goods & Services | Energy & Industrials | Financial & Business Services | Healthcare | Legal, Economic & Regulatory Affairs | Real Estate |

Technology, Media & Telecom

Home > Consumer Goods & Services > Experts > Jason Kra

**Consumer Goods & Services**

Overview

Leading Experts

GLG Council Partners

Study Groups

GLG News ℠
  Automotive
  Consumer Services
  Food & Beverage
  Gaming & Casinos
  Leisure & Lodging
  Restaurants
  Retail
  Retail Manufacturing

GLGi Educational Events

Industry Dictionary

**Popular Topics in Consumer Goods & Services**

Casual Dining Industry

Consumer Electronics

Cosmetics Industry

Cruise Line Industry

For-Profit Education

Gaming Industry

Organic Food Distributors

Retail Department Stores

Specialty Merchandising

Tiered Automotive Industry

Subscribe to Updates in Consumer Goods & Services

 By Email

By RSS



**The Expertise Imperative and Compliance Technology**

Access to a diverse array of specialized expert inputs drives superior decisions in every organizational context: within corporations, by investors and consultances, and within nonprofits. When decision makers are confident of their decision inputs, they can respond more quickly and creatively to challenges and opportunities. Learn more about GLG's Compliance Framework

This page may include content provided by Council Members, your access to which is subject to the Terms of Use.

**Find Out More**

# Jason Kra  Leader 5%



**Owner**
**Total Sports Resources**
Member of the Retail Council

Jason Kra is the President and Owner of Total Sports Resources and Foreign Resources Corporation (FRC), an apparel manufacturer in the USA and a supplier to virtually every major specialty apparel retailer, department store, & discounters, since 1993. FRC is a US$ 225MM manufacturer of outerwear and lifestyles bottoms. Here, Mr. Kra oversees sourcing, production and sales to a variety of retailers, including Wal-Mart, Kmart, J.C. Penney, Kohl's, Shopko, Bonton, Target, EMS, Academy, Finishline, Foot Locker, Dickies, Walls, Sizes Unlimited, Gottschalks, Cabela's, Bass Pro Shops, Goodys, Cato, Hanes, Wal-Mart Canada, Reitmans (Canada), Zellers (Canada), Anchor Blue, Federated, VF, Sports Authority, Sears, Gap, J Crew, Abercrombie & Fitch, Aeropostale, Pacific Sunwear, Delia's, American Eagle Outfitters, Charming Shoppes, Hollister, Old Navy, Urban Outfitters, Burlington, Zumiez, Russell, & others. He is familiar with all aspects of the apparel industry, including Asian sourcing and high-end luxury goods. Mr. Kra is also the President/Owner of FRC Sportswear which he started in 1995.  (This is me - Update Profile)

**Employment History**

| | |
|---|---|
| 2005 - present | Owner<br>Total Sports Resources |
| 2000 - present | Owner<br>FRC Sportswear |
| 1993 - present | Owner<br>Foreign Resources Corporation |

## GLG Study Groups with Jason Kra (?)

| Study Group Name | Members |
|---|---|
| Direct Mail Marketing Experts | 371 |
| Direct Mail Marketing Experts (North America) | 344 |
| Sears and Kmart Real Estate Experts | 56 |
| Warehouse Club Experts | 220 |

View All Study Groups with Jason Kra

## GLG News ℠  Analyses by Jason Kra (?)

Opinions and analyses expressed in GLG News are solely those of the author. See the Terms of Use for details.

**Kohls will surely succeed w/ Vera as they did w/ Chaps & Daisy** | 08-03-2007
Analysis of: Vera Wang Set to Dress Up Kohl's | online.wsj.com
Author: Jason Kra, Owner, Total Sports Resources

  Relevant names but private label control will generate sure results for kohls in this new brand. branded product created specifically for Kohls is like branded retail w/ a private label mentality of control. This will be a huge success for Kohls and will follow other...

## GLG Institute ℠  Seminars with Jason Kra (?)

Jason Kra has not participated in any GLGi Seminars.
View all GLG Institute ℠ Seminars in Consumer Goods & Services

**Request a project with Jason Kra**

Describe your project request

Select a project type:
◉ Consultation
○ In-person meeting
○ Written report

Your email address



[Submit]

**GLG's 750+ Clients Include:**

40 of the leading 50 global mutual funds

15 of the leading 20 global banks

8 of the leading 10 private equity firms

90%+ client subscription renewal rate

Become a GLG Client

Become a GLG Council Member

Enroll Your Firm as a GLG
Council Partner

Set Institutional Consulting
Policies

© 2008 Gerson Lehrman Group  All Rights Reserved   Terms of Use   |   Privacy Policy   |   Site Map   |   Site Index

GLG Councils   |   GLG Institute   |   GLG News   |   GLG Research Management Platform

# EXHIBIT B

# HARTWELL INDUSTRIES
## Quality/Count Audit Report
### AQL 4.0

Page 1 of

Cut Number: _Fm-110_
Style: _AG 531 m_
Color: _006_
Date: _11-13-06_
Inspector: _m T_
Contractor: _____

Quantity Received: _432_
Sample Size Required: _20_
Maximum Major Defects: _2_

- Pass
- Continue @ 20%
- Continue @ 100%
- Reject

Final Decision Approval

**Defect Codes**
1) Fabric
2) Mfg.
3) Finish
4) Tickets/Tags
5) Oil/Soil
6) Measurements
7) Mixed Styles
8) Mixed Colors
9) Mixed Sizes
10) Other

| # | Case # | Size | UPC Scan | Barcode | Quantity Actual | Inspected | Cumulative | Defects | Cumulative | Code | Comments |
|---|--------|------|----------|---------|--------|-----------|------------|---------|------------|------|----------|
| 1 | 0217 | XL | 1 | 18 | 18 | 20 | 20 | 3 | 3 | | 4-Richard |
| 2 | | | | | | | | | | | |
| 3 | | | | | | | | | | | |
| 4 | | | | | | | | | | | |
| 5 | | | | | | | | | | | |
| 6 | | | | | | | | | | | |
| 7 | | | | | | | | | | | |
| 8 | | | | | | | | | | | |
| 9 | | | | | | | | | | | |
| 10 | | | | | | | | | | | |
| 11 | | | | | | | | | | | |
| 12 | | | | | | | | | | | |
| 13 | | | | | | | | | | | |
| 14 | | | | | | | | | | | |
| 15 | | | | | | | | | | | |
| Total | | | | | | | | | | | |

**Other Notes / Comments:**
1) Dlabled XL meas. 2X
   Durery ditron Back
1) Shoulda uneun
   ? white at Bottom

Sigat Bad to Contractor for the above

# HARTWELL INDUSTRIES
## Quality/Count Audit Report
### AQL 4.0

Page 1 of

Cut Number: _Em-100A_
Style: _AG 101m_
Color: _637_
Date: _11-13-06_
Inspector: _MT_
Contractor: _____

Quantity Received: _792_
Sample Size Required: _32_
Maximum Major Defects: _3_

Pass ☐   Continue @ 20% ☐   Continue @ 100% ☐   Reject ☐

Final Decision Applied by: _[signature]_

**Defect Codes**
1) Fabric
2) Mfg.
3) Finish
4) Tickets/Tags
5) Oil/Soil
6) Measurements
7) Mixed Styles
8) Mixed Colors
9) Mixed Sizes
10) Other

| Case # | Size | UPC Scan | Quantity Barcode | Quantity Actual | Inspected | Cumulative | Defects | Cumulative | Code | Comments |
|--------|------|----------|------------------|-----------------|-----------|------------|---------|------------|------|----------|
| 1 9082 | m | ✓ | 60 | 60 | 32 | 32 | 23 | 23 | | mixed sizes 3-Richard |
| 2 | | | | | | | | | | |
| 3 | | | | | | | | | | |
| 4 | | | | | | | | | | |
| 5 | | | | | | | | | | |
| 6 | | | | | | | | | | |
| 7 | | | | | | | | | | |
| 8 | | | | | | | | | | |
| 9 | | | | | | | | | | |
| 10 | | | | | | | | | | |
| 11 | | | | | | | | | | |
| 12 | | | | | | | | | | |
| 13 | | | | | | | | | | |
| 14 | | | | | | | | | | |
| 15 | | | | | | | | | | |
| Total | | | | | | | | | | |

**Other Notes / Comments:**

S-17   AG 117m - 2-M.
M-17            3-L
L-14
XL-6
2X.1 - label 2x "mrac" m
Send Back to contractor for the above

1- sticker between layer
1- stain
1- thread down side

# HARTWELL

### INDUSTRIES
### Quality/Count Audit Report
AQL 4.0

Page 1 of

Cut Number __FM~101A__
Style __AG1P1Ym__
Color __637__
Date __11-11-06__
Inspector __mT__
Contractor _____

Quantity Received __432__
Sample Size Required __20__
Maximum Major Defects __2__

| | Case # | Size | UPC Scan | Quantity Barcode | Quantity Actual | Inspected Cumulative | Defects | Cumulative | Code | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 0069 | m | ✓ | 72 | 84 | 20 | 20 | 8 | 8 | | 12 - Extra sm |
| 2 | | | | | | | | | | | |
| 3 | | | | | | | | | | | |
| 4 | | | | | | | | | | | |
| 5 | | | | | | | | | | | |
| 6 | | | | | | | | | | | |
| 7 | | | | | | | | | | | |
| 8 | | | | | | | | | | | |
| 9 | | | | | | | | | | | |
| 10 | | | | | | | | | | | |
| 11 | | | | | | | | | | | |
| 12 | | | | | | | | | | | |
| 13 | | | | | | | | | | | |
| 14 | | | | | | | | | | | |
| 15 | | | | | | | | | | | |
| Total | | | | | | | | | | |

Pass
Continue @ 20%
Continue @ 100%
Reject

Final Decision Approved by: _____

Defect Codes
1) Fabric
2) Mfg.
3) Finish
4) Tickets/Tags
5) Oil/Soil
6) Measurements
7) Mixed Styles
8) Mixed Colors
9) Mixed Sizes
10) Other

Other Notes / Comments:
8 Sm in Box

Scroll Back to Contractor for count & using Slip in Box

## Case Problems

Customer: _____

Ocn # _____

| Outside Style/Color | Size | Qty | Inside Style/Color | Size | Qty | Cut # | Comments |
|---|---|---|---|---|---|---|---|
| AG509M-303 | 2XL | 50 | AG509M-303 | 3XL | 50 | FM-107 | |
| AG18MM-030 | XL | 48 | AG18MM-030 | XL | 40 | FM-103 | |
| | | | | 2XL | 9 | | |
| AG509M-450 | M | 42 | AG509M-450 | M | 42 | FM-107 | |
| AG509M-410 | L | 42 | AG509M-410 | L | 42 | " | |
| AG509M-450 | L | 42 | AG509M-450 | L | 42 | " | |
| AG509M-007 | XL | 34 | AG509M-007 | XL | 2 | " | |
| AG509M-405 | S | 42 | AG509M-405 | XL | 32 | " | |
| AG509M-074 | XL | 43 | AG509M-074 | S | 44 | " | |
| | | | | XL | 44 | " | |
| AG509M-450 | XL | 43 | AG509M-450 | 2XL | 1 | " | |
| | 2XL | 21 | | 2XL | 43 | " | |
| AG401M-410 | L | 30 | AG401M-410 | 2XL | 22 | FA-011 | |
| | | | AG401M-191 | L | 28 | | |
| | | | AG401M-190 | XL | 1 | | |
| | | | | XL | 1 | | |

# Case Problems

Customer: _____

Ocn #

| Outside Style/Color | Size | Qty | Inside Style/Color | Size | Qty | Cut # | Comments |
|---|---|---|---|---|---|---|---|
| AG400M-405 | XL | 34 | AG400M-405 | XL | 33 | FR-011 | |
| AG400M-313 | M | 34 | AG400M-313 | M | 35 | " | |
| | | | | XL | L | | |
| AG400M-006 | L | 34 | AG400M-006 | L | 35 | " | |
| AG400M-410 | 2XL | 34 | AG400M-410 | 2XL | 32 | " | |
| | | | | XL | 4 | | |
| AG400M-405 | L | 34 | AG400M-405 | L | 37 | " | |
| AG400M-313 | L | 34 | AG400M-313 | L | 35 | " | |
| AG400M-405 | M | 34 | AG400M-405 | M | 36 | " | |
| | | | | L | 1 | | |

# EXHIBIT C

## Richard Isbel

**From:**     "JERRY CHICHELO" <JCHICHELO@Totalsportsresources.com>
**To:**       "Michel Kuzmowycz" <mkuzmowycz@hartwell.com>; <rjohnson@hartwell.com>; "Richard Isbell"
              <risbell@hartwell.com>; "Laura Cornelison" <lcornelison@hartwell.com>;
              <jtanner@hartwell.com>
**Cc:**       "JASON KRA" <JKRA@FRCNY.NET>
**Sent:**     Friday, November 24, 2006 6:44 PM
**Attach:**   Jerry Chichelo.vcf
**Subject:**  HARTWELL MEETING 11/14 FOLLOW UP

Michel,

Follow up from our meeting regarding A GAME shipment:

1)  TSR will pick up the shipment from you 11/20 and bring to Statco whse in NJ to inspect every piece and
    send back what passes. The shipment has arrived 11/22 and Richard Isbell will meet me there Tuesday
    to go over with Staco what to look for when inspecting. All expenses will be paid by TSR.

2)  Once you receive product back and review your inventory send us what you must have to fill orders
    pending and we will fly it in.  TSR expense

As I said in the meeting we are very upset what happened and put the following things in place with the factory:

A)  Will use SGS inspection at 2.5AQL during and after shipment is completed
B)  Will put extra QC personnel in place from our office plus factory to inspect shipment quality, packing etc.
C)  Jason has made a trip to factory the week of 11/6 and I will be flying there on 12/1 to inspect.
D)  The factory owner and manger flew in on 11/20 to spend a day reviewing issues and going over action
    plan to ensure this does not happen again.

If you have any questions please call me.

Thank you,

Jerry Chichelo
Total Sports Resources
500 7th Ave. 5th Floor
Between 37th and 38th
New York, NY 10018
P- 212-840-3600
F- 212-840-0613
jchichelo@totalsportsresources.com



11/27/06

# FOREIGN RESOURCES CORP.

500 7 AVE  (5TH FLOOR)
NEW YORK,  N.Y.  10018
TEL: 212-840-3600
FAX: 212-840-0613
E-MAIL: rretblatt@frcny.net

**TO:HARTWELL**                                      **DATE: 11/30/06**

**ATTN: RICHARD ISBELL**

**FROM: RICHARD RETBLATT**

**RE: HARTWELL INSPECTION RECAP AT STATCO**

**HI RICHARD,**
**AS PER OUR MEETING THE OTHER DAY AT OUR STATCO WEARHOUSE IN N.J., REGARDING THE FULL INSPECTION OF YOUR GOODS, FRC HAS AGREED TO DO THE FOLLOWING;**

1) ****MAIN PRIORITY**
   **CARTONS MUST BE MARKED CORRECTLY REGARDING**
   A) **SOLID COLOR & SOLID SIZE**
   B) **QTY INSIDE CARTON MATCHES OUTSIDE CARTON MARKING**
   C) **LABEL AND HANGTAG WILL BE SAME REGARDING SIZE, COLOR AND STYLE NUMBER**
2) **S/AG531 – WILL CHECK THAT PREMIUM MESH ON OUTSIDE WILL BE SAME AS REVERSE MESH ON INSIDE OF GARMENT**
3) **EACH AND EVERY GARMENT WILL BE CHECKED FOR THE FOLLOWING;**
   A) **STAINS OF ANY KIND**
   B) **STICKERS LEFT INBETWEEN MESH FABRIC ON SHORTS**
   C) **UNEVEN BOTTOMS ON TANK TOPS EXCEEDING MORE THEN 11/2" TO 2".**
   D) **TERRIBLE SEWING ON SHOULDER STRAPS OF THE TANK TOPS**
   E) **SEE THAT SIZES ARE THE PROPER SIZE REGARDING THE SIZE MUST BE MARKED CORRECTLY EXAMPLE – SM IS SM MED IS MED ETC.**
   F) **SHORTS WILL BE CHECKED THAT MESH ISN'T SEWN ON INCORRECT OR REVERSE SIDE OF FABRIC**
4) **S/AG12YM – ON COLOR RED, THE HANG TAGS ARE MARKED WITH COLOR ASH. WILL RECEIVE NEW HANGTAGS AND RE TICKET WITH CORRECT TICKET.**

5) S/AG777M – WILL RETICKET GOODS, WHICH WILL BE DOWNSIZED AS FOLLOWS SZ S – XS. MED TO SM, LG TO MED, XL TO LG, XXL TO XL

6) S/AG101M – CHECK COLOR PURPLE FOR ANY SHADING ISSUES. ALSO, WILL BE CAREFUL ON COLOR PURPLE IN OTHER STYLES AS WELL TO CHECK FOR SHADING.

7) ALL CARTONS WILL BE MARKED CORRECTLY OF THE POOR QUALITY GOODS BY STYLE COLOR AND SIZE AND THE SPECIFIC PROBLEM.
NOTE: WILL DETERMINE AT END OF INSPECTION OF ALL PROBLEMS AND DISCUSS WITH HARTWELL AS TO HOW THEY WANT US TO HANDLE.

8) PRIORITY LIST OF WHAT TO INSPECT FIRST AND SEND BACK ASAP;
   A) S/AG12M
   B) S/AG509M
   C) S/AG509YM

PLEASE GO OVER THIS LIST AND ADVISE IF YOU FEEL THAT WE HAVE LEFT ANYTHING OUT. BELIEVE BOTH, RICHARD, MYSELF AND THE WAREHOUSE MGM HAVE DISCUSSED ALL IN DETAIL AND AGREED THE ABOVE LIST IS WHAT WE WILL BE CAPABLE OF DOING. ALSO, WE WILL KEEP YOU ADVISED AND GIVE YOU UPDATES AS TO HOW INSPECTION IS GOING EVERY COUPLE OF DAYS. WE UNDERSTAND THAT SPEED IS UTMOST OF IMPORTANCE AND ARE WORKING WITH THIS IN MIND.

# EXHIBIT D

④

```
DATE: 08/07/2008                    HARTWELL INDUSTRIES, INC.                    PAGE: 13
TIME: 09:55 am                   ACCOUNTS PAYABLE AGING REPORT                   MA0500
                                   DETAILED AS OF 08/09/2008
```

| INVOICE | DUE DATE | FUTURE | 0 - 7 | 8 - 14 | 15 - 21 | 22 - 28 | OVER 28 | TOTAL |
|---|---|---|---|---|---|---|---|---|
| 0 | 03/16/2008 | -46 | 0 | 0 | 0 | 0 | 0 | -45.86 |
| 10039711 | 07/06/2008 | 0 | 0 | 0 | 0 | 0 | 22 | 22.08 |
| 10040253 | 07/09/2008 | 0 | 0 | 0 | 0 | 0 | 87 | 86.64 |
| 10041299 | 07/11/2008 | 0 | 0 | 0 | 0 | 0 | 97 | 97.20 |
| 10041301 | 07/11/2008 | 0 | 0 | 0 | 0 | 0 | 261 | 260.85 |
| 10041305 | 07/11/2008 | 0 | 0 | 0 | 0 | 0 | 26 | 26.40 |
| 10041306 | 07/11/2008 | 0 | 0 | 0 | 0 | 0 | 172 | 171.60 |
| 10041307 | 07/11/2008 | 0 | 0 | 0 | 0 | 0 | 41 | 40.78 |
| 10044958 | 07/23/2008 | 0 | 0 | 0 | 29 | 0 | 0 | 29.10 |
| 10044959 | 07/23/2008 | 0 | 0 | 0 | 33 | 0 | 0 | 32.60 |
| 10046401 | 07/26/2008 | 0 | 0 | 72 | 0 | 0 | 0 | 72.00 |
| 10046402 | 07/26/2008 | 0 | 0 | 257 | 0 | 0 | 0 | 257.16 |
| 10046404 | 07/26/2008 | 0 | 0 | 105 | 0 | 0 | 0 | 104.52 |
| 10046405 | 07/26/2008 | 0 | 0 | 51 | 0 | 0 | 0 | 51.00 |
| 10047029 | 07/27/2008 | 0 | 0 | 52 | 0 | 0 | 0 | 52.00 |
| 10047916 | 07/31/2008 | 0 | 0 | 79 | 0 | 0 | 0 | 78.52 |
| 10047917 | 07/31/2008 | 0 | 0 | 235 | 0 | 0 | 0 | 234.84 |
| 10048348 | 08/01/2008 | 0 | 0 | 90 | 0 | 0 | 0 | 90.42 |
| 10048349 | 08/01/2008 | 0 | 0 | 261 | 0 | 0 | 0 | 260.82 |
| 10050428 | 08/09/2008 | 0 | 139 | 0 | 0 | 0 | 0 | 139.30 |
| 10050429 | 08/09/2008 | 0 | 76 | 0 | 0 | 0 | 0 | 75.56 |
| 1041302 | 07/11/2008 | 0 | 0 | 0 | 0 | 0 | 693 | 693.12 |
| ** SUBTOTAL ** | | -46 | 215 | 1,201 | 62 | 0 | 1,399 | 2,830.65 |
| | | | | | | | | |
| ** TOTASP FOREIGN RESOURCES | | | | | | | | |
| 500293 | 04/28/2007 | 0 | 0 | 0 | 0 | 0 | 45 | 44.88 |
| 500294 | 04/28/2007 | 0 | 0 | 0 | 0 | 0 | 8 | 8.20 |
| 500295 | 04/28/2007 | 0 | 0 | 0 | 0 | 0 | 113 | 112.84 |
| 500296 | 04/28/2007 | 0 | 0 | 0 | 0 | 0 | 11 | 10.79 |
| 500297 | 04/28/2007 | 0 | 0 | 0 | 0 | 0 | 275 | 275.20 |
| 500298 | 04/28/2007 | 0 | 0 | 0 | 0 | 0 | 268 | 267.84 |
| 500299 | 04/28/2007 | 0 | 0 | 0 | 0 | 0 | 47 | 46.87 |
| 500300 | 04/28/2007 | 0 | 0 | 0 | 0 | 0 | 14 | 14.40 |
| 500301 | 04/28/2007 | 0 | 0 | 0 | 0 | 0 | 69 | 69.42 |
| 500302 | 04/28/2007 | 0 | 0 | 0 | 0 | 0 | 642 | 641.79 |
| 500303 | 04/28/2007 | 0 | 0 | 0 | 0 | 0 | 790 | 790.16 |
| 500304 | 04/28/2007 | 0 | 0 | 0 | 0 | 0 | 228 | 228.00 |
| 500305 | 04/28/2007 | 0 | 0 | 0 | 0 | 0 | 134 | 134.04 |
| 500306 | 04/28/2007 | 0 | 0 | 0 | 0 | 0 | 1,027 | 1,026.75 |
| 500307 | 04/28/2007 | 0 | 0 | 0 | 0 | 0 | 687 | 686.71 |
| 500308 | 04/28/2007 | 0 | 0 | 0 | 0 | 0 | 2,759 | 2,758.80 |
| 500309 | 04/28/2007 | 0 | 0 | 0 | 0 | 0 | 399 | 398.76 |
| 500210 | 04/28/2007 | 0 | 0 | 0 | 0 | 0 | 156 | 156.49 |
| 500311 | 04/28/2007 | 0 | 0 | 0 | 0 | 0 | 3,949 | 3,948.90 |
| 500312 | 04/28/2007 | 0 | 0 | 0 | 0 | 0 | 122 | 122.43 |
| 500313 | 04/28/2007 | 0 | 0 | 0 | 0 | 0 | 2,085 | 2,084.94 |
| 500314 | 04/28/2007 | 0 | 0 | 0 | 0 | 0 | 1,156 | 1,156.16 |
| 500315 | 04/28/2007 | 0 | 0 | 0 | 0 | 0 | 362 | 361.92 |
| 500316 | 04/28/2007 | 0 | 0 | 0 | 0 | 0 | 300 | 299.59 |
| 500317 | 04/28/2007 | 0 | 0 | 0 | 0 | 0 | 139 | 138.51 |
| 500318 | 04/28/2007 | 0 | 0 | 0 | 0 | 0 | 2,377 | 2,376.57 |
| 500319 | 04/28/2007 | 0 | 0 | 0 | 0 | 0 | 1,455 | 1,455.22 |
| 500320 | 04/28/2007 | 0 | 0 | 0 | 0 | 0 | 1,772 | 1,771.78 |
| 500381 | 08/09/2007 | 0 | 0 | 0 | 0 | 0 | 294 | 293.70 |
| 500382 | 08/09/2007 | 0 | 0 | 0 | 0 | 0 | 1,316 | 1,315.71 |

```
DATE: 08/07/2008                    HARTWELL INDUSTRIES, INC.                        PAGE: 14
TIME: 09:55 am                    ACCOUNTS PAYABLE AGING REPORT                       MA0500
                                    DETAILED AS OF 08/09/2008
```

| INVOICE | DUE DATE | FUTURE | 0 - 7 | 8 - 14 | 15 - 21 | 22 - 28 | OVER 28 | TOTAL |
|---------|----------|--------|-------|--------|---------|---------|---------|-------|
| 500383 | 08/09/2007 | 0 | 0 | 0 | 0 | 0 | 308 | 307.92 |
| 500384 | 08/09/2007 | 0 | 0 | 0 | 0 | 0 | 2,597 | 2,597.45 |
| 500385 | 08/09/2007 | 0 | 0 | 0 | 0 | 0 | 190 | 189.86 |
| 500386 | 08/09/2007 | 0 | 0 | 0 | 0 | 0 | 4,348 | 4,347.53 |
| 500387 | 08/09/2007 | 0 | 0 | 0 | 0 | 0 | 1,700 | 1,700.28 |
| 500388 | 08/09/2007 | 0 | 0 | 0 | 0 | 0 | 1,315 | 1,314.77 |
| 500389 | 06/04/2007 | 0 | 0 | 0 | 0 | 0 | 626 | 625.72 |
| 500390 | 08/09/2007 | 0 | 0 | 0 | 0 | 0 | 750 | 750.27 |
| 500391 | 08/09/2007 | 0 | 0 | 0 | 0 | 0 | 1,686 | 1,685.51 |
| 500392 | 08/09/2007 | 0 | 0 | 0 | 0 | 0 | 505 | 504.96 |
| 500393 | 08/09/2007 | 0 | 0 | 0 | 0 | 0 | 446 | 446.42 |
| 500394 | 08/09/2007 | 0 | 0 | 0 | 0 | 0 | 178 | 178.39 |
| 500395 | 08/09/2007 | 0 | 0 | 0 | 0 | 0 | 2,415 | 2,414.52 |
| 500396 | 08/09/2007 | 0 | 0 | 0 | 0 | 0 | 210 | 210.44 |
| 500397 | 08/09/2007 | 0 | 0 | 0 | 0 | 0 | 84 | 83.76 |
| 500398 | 08/09/2007 | 0 | 0 | 0 | 0 | 0 | 98 | 97.59 |
| 500444 | 09/08/2007 | 0 | 0 | 0 | 0 | 0 | 3,320 | 3,320.22 |
| 500445 | 09/08/2007 | 0 | 0 | 0 | 0 | 0 | 635 | 635.24 |
| 500446 | 09/08/2007 | 0 | 0 | 0 | 0 | 0 | 204 | 204.07 |
| 500447 | 09/08/2007 | 0 | 0 | 0 | 0 | 0 | 2,497 | 2,496.86 |
| 500448 | 09/08/2007 | 0 | 0 | 0 | 0 | 0 | 4,106 | 4,106.08 |
| 500449 | 09/08/2007 | 0 | 0 | 0 | 0 | 0 | 281 | 281.42 |
| 500450 | 09/08/2007 | 0 | 0 | 0 | 0 | 0 | 30 | 29.86 |
| 500451 | 09/08/2007 | 0 | 0 | 0 | 0 | 0 | 10 | 10.05 |
| 500470 | 10/08/2007 | 0 | 0 | 0 | 0 | 0 | 300 | 299.78 |
| 500471 | 10/08/2007 | 0 | 0 | 0 | 0 | 0 | 395 | 395.12 |
| 500472 | 10/08/2007 | 0 | 0 | 0 | 0 | 0 | 47 | 47.39 |
| 500473 | 10/08/2007 | 0 | 0 | 0 | 0 | 0 | 43 | 43.48 |
| 500474 | 10/08/2007 | 0 | 0 | 0 | 0 | 0 | 134 | 134.31 |
| 500475 | 10/08/2007 | 0 | 0 | 0 | 0 | 0 | 736 | 736.18 |
| 500476 | 10/08/2007 | 0 | 0 | 0 | 0 | 0 | 412 | 412.29 |
| 500477 | 10/08/2007 | 0 | 0 | 0 | 0 | 0 | 730 | 729.65 |
| 500478 | 10/08/2007 | 0 | 0 | 0 | 0 | 0 | 535 | 534.63 |
| 500479 | 10/08/2007 | 0 | 0 | 0 | 0 | 0 | 1,060 | 1,060.41 |
| 500480 | 10/08/2007 | 0 | 0 | 0 | 0 | 0 | 1,203 | 1,202.79 |
| 500481 | 10/08/2007 | 0 | 0 | 0 | 0 | 0 | 205 | 204.92 |
| 500482 | 10/08/2007 | 0 | 0 | 0 | 0 | 0 | 620 | 619.82 |
| 500483 | 10/08/2007 | 0 | 0 | 0 | 0 | 0 | 348 | 347.88 |
| 500591 | 12/09/2007 | 0 | 0 | 0 | 0 | 0 | 1,099 | 1,099.33 |
| 500592 | 12/09/2007 | 0 | 0 | 0 | 0 | 0 | 90 | 90.43 |
| 500593 | 12/09/2007 | 0 | 0 | 0 | 0 | 0 | 2,251 | 2,251.46 |
| 500594 | 12/09/2007 | 0 | 0 | 0 | 0 | 0 | 501 | 500.88 |
| 500595 | 12/09/2007 | 0 | 0 | 0 | 0 | 0 | 795 | 795.02 |
| 500596 | 12/09/2007 | 0 | 0 | 0 | 0 | 0 | 4 | 4.36 |
| 500597 | 12/09/2007 | 0 | 0 | 0 | 0 | 0 | 53 | 53.02 |
| 500598 | 12/09/2007 | 0 | 0 | 0 | 0 | 0 | 4 | 4.35 |
| 500600 | 12/09/2007 | 0 | 0 | 0 | 0 | 0 | 4 | 3.78 |
| 500602 | 12/09/2007 | 0 | 0 | 0 | 0 | 0 | 251 | 250.99 |
| 500603 | 12/09/2007 | 0 | 0 | 0 | 0 | 0 | 184 | 184.27 |
| 500615 | 12/13/2007 | 0 | 0 | 0 | 0 | 0 | 196 | 196.13 |
| 500616 | 12/13/2007 | 0 | 0 | 0 | 0 | 0 | 111 | 110.88 |
| 500617 | 12/13/2007 | 0 | 0 | 0 | 0 | 0 | 1,101 | 1,101.16 |
| 500618 | 12/13/2007 | 0 | 0 | 0 | 0 | 0 | 1,429 | 1,429.25 |
| 500619 | 12/13/2007 | 0 | 0 | 0 | 0 | 0 | 132 | 131.77 |
| 500620 | 12/13/2007 | 0 | 0 | 0 | 0 | 0 | 438 | 437.61 |

```
DATE: 08/07/2008                          HARTWELL INDUSTRIES, INC.                        PAGE: 15
TIME: 09:55 am                         ACCOUNTS PAYABLE AGING REPORT                       MA0500
                                          DETAILED AS OF 08/09/2008
```

| INVOICE | DUE DATE | FUTURE | 0 - 7 | 8 - 14 | 15 - 21 | 22 - 28 | OVER 28 | TOTAL |
|---------|----------|--------|-------|--------|---------|---------|---------|-------|
| 500621 | 12/13/2007 | 0 | 0 | 0 | 0 | 0 | 272 | 271.56 |
| 500622 | 12/13/2007 | 0 | 0 | 0 | 0 | 0 | 1,201 | 1,201.31 |
| 500623 | 12/13/2007 | 0 | 0 | 0 | 0 | 0 | 48 | 48.07 |
| 500624 | 12/13/2007 | 0 | 0 | 0 | 0 | 0 | 39 | 38.95 |
| 500666 | 12/20/2007 | 0 | 0 | 0 | 0 | 0 | 13 | 12.72 |
| 500667 | 12/20/2007 | 0 | 0 | 0 | 0 | 0 | 255 | 254.58 |
| ** SUBTOTAL ** | | 0 | 0 | 0 | 0 | 0 | 68,777 | 68,777.09 |
| | | | | | | | | |
| ** TOYOMO TOYOTA MOTOR CREDIT CORP. | | | | | | | | |
| 4000015162 | 08/11/2008 | 409 | 0 | 0 | 0 | 0 | 0 | 408.64 |
| ** SUBTOTAL ** | | 409 | 0 | 0 | 0 | 0 | 0 | 408.64 |
| | | | | | | | | |
| ** TRISST TRI-STATE STAFFING INC | | | | | | | | |
| G09-003 | 07/29/2008 | 0 | 0 | 417 | 0 | 0 | 0 | 416.67 |
| ** SUBTOTAL ** | | 0 | 0 | 417 | 0 | 0 | 0 | 416.67 |
| | | | | | | | | |
| ** TRIVFU TRIVEST FUND I, LTD. | | | | | | | | |
| JULY08 INT | 07/31/2008 | 0 | 0 | 2,099 | 0 | 0 | 0 | 2,099.47 |
| JUNE08 INT | 06/30/2008 | 0 | 0 | 0 | 0 | 0 | 2,032 | 2,031.75 |
| ** SUBTOTAL ** | | 0 | 0 | 2,099 | 0 | 0 | 2,032 | 4,131.22 |
| | | | | | | | | |
| ** TRIVPA TRIVEST PARTNERS I, LTD. | | | | | | | | |
| JULY08 INT | 07/31/2008 | 0 | 0 | 639 | 0 | 0 | 0 | 639.30 |
| JUNE08 INT | 06/30/2008 | 0 | 0 | 0 | 0 | 0 | 619 | 618.67 |
| ** SUBTOTAL ** | | 0 | 0 | 639 | 0 | 0 | 619 | 1,257.97 |
| | | | | | | | | |
| ** TRIVPR TRIVEST PRINCIPALS FUND II, LT | | | | | | | | |
| JULY08 INT | 07/31/2008 | 0 | 0 | 32 | 0 | 0 | 0 | 31.74 |
| JUNE08 INT | 06/30/2008 | 0 | 0 | 0 | 0 | 0 | 31 | 30.72 |
| ** SUBTOTAL ** | | 0 | 0 | 32 | 0 | 0 | 31 | 62.46 |
| | | | | | | | | |
| ** TSCAPP TSC APPAREL | | | | | | | | |
| 9726786 | 08/10/2008 | 953 | 0 | 0 | 0 | 0 | 0 | 952.56 |
| 9727066 | 08/10/2008 | 617 | 0 | 0 | 0 | 0 | 0 | 617.04 |
| 9727072 | 08/10/2008 | 721 | 0 | 0 | 0 | 0 | 0 | 720.85 |
| ** SUBTOTAL ** | | 2,290 | 0 | 0 | 0 | 0 | 0 | 2,290.45 |
| | | | | | | | | |
| ** TSHIAL T-SHIRT ALLEY | | | | | | | | |
| C/M3622087 | 07/07/2006 | 0 | 0 | 0 | 0 | 0 | 50 | 49.92 |
| ** SUBTOTAL ** | | 0 | 0 | 0 | 0 | 0 | 50 | 49.92 |
| | | | | | | | | |
| ** TUSTAW TUSTIN AWARDS, INC | | | | | | | | |
| C3895346 | 04/18/2008 | 0 | 0 | 0 | 0 | 0 | 29 | 28.80 |
| ** SUBTOTAL ** | | 0 | 0 | 0 | 0 | 0 | 29 | 28.80 |
| | | | | | | | | |
| ** TWITCR TWITCHELL CREEK INC/USCSA SITE | | | | | | | | |
| C3933301 | 07/22/2008 | 0 | 0 | 0 | 9 | 0 | 0 | 8.87 |
| ** SUBTOTAL ** | | 0 | 0 | 0 | 9 | 0 | 0 | 8.87 |
| | | | | | | | | |
| ** UHCINS United Healthcare Insurance Co | | | | | | | | |
| 14176853 | 08/01/2008 | 0 | 0 | 47,142 | 0 | 0 | 0 | 47,142.21 |
| ** SUBTOTAL ** | | 0 | 0 | 47,142 | 0 | 0 | 0 | 47,142.21 |
| | | | | | | | | |
| ** ULINE  ULINE | | | | | | | | |
| 24079403 | 08/23/2008 | 203 | 0 | 0 | 0 | 0 | 0 | 202.87 |
| ** SUBTOTAL ** | | 203 | 0 | 0 | 0 | 0 | 0 | 202.87 |
| | | | | | | | | |
| ** UNIQLO UNIQUE LOGISTICS INTERNATIONAL | | | | | | | | |